TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION          83,711-01
AUSTIN TEXAS

This document contains some pages that are of poor quality at the time of imaging.

EX PARTE                          IN THE 114th DISTRICT COURT
Willie Williams               SMITH COUNTY, RECEIVED IN
                                   COURT OF CRIMINAL APPEALS

                                        AUG 07 2015

## APPELLANT REQUEST TO Compel Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW Willie Williams the APPELLANT IN The Above Styled And numbered case Respectfully Files this Above And Entitled MOTION And IN Support OF This MOTION, The APPELLANT would Show AS FOLLOWS.

### JURISDICTION

The APPELLANT Shows that this HONORABLE court has Jurisdiction Over this case because the APPELLANT was convicted IN the 114th District Court OF Smith County, Texas And thereafter Filed A 11.07 Habeas APPLICATION; Therefore this HONORABLE COURT Maintains Jurisdiction Over this case

### STATEMENT OF FACTS

The APPELLANT WAS CONVICTED OF Possession OF a controlled Substance OF less than 1 gram IN A drug Free ZONE And After Advice From his COURT APPOINTED ATTORNEY entered A Plea OF GUILTY And was sentenced to serve (4) Years within (T.D.C.J I-D); Thee After the APPELLANT filed a 11.07 Alleging Four 3 rounds FOR Relief.

### TRIAL COURT Ruling

The TRIAL COURT Ruled there is A need For An EXPANSION OF The Record And that The Defense ATTORNEY Brett Ratekin Should Submit A SWORN Affidavit concerning The APPLICANTS Allegations OF INeffective Assistance OF counsel, And IN-voluntary Plea That was Due JUNE 1st 2015.

(1)

The defendant (APPELLANT) shows that As of The 3rd day August 2015 the said Attorney IN Question has Not complied with The COURTS ORDER

## APPELLANTS CONTENTION

It is the APPELLANTS contention that because the Defense Attorney has Not Followed the TRIAL COURT ORDER IN Submitting A SWORN AFFIDAVIT As TO The Appellants CLAIMS OF INeffective Assistance OF Counsel And INVOLuNtary plea; Then the Defense Attorney has INdirectly Admitted to Those Allegations

## APPELLANTS REQUEST

The APPellant Respectfully Request that this HONORable COURT ISSUE AN ORDER Comanding And Demanding The said Attorney TO Submitt his AFFidavit within (10) days And/Or Alternatively This HONORABLE COURT Rule that The Appellants claim Are True And Reverse the CONVICTION And Remand For New TRIAL

WHEREFORE PREMISES Considered the APPellant Prays that This HONORAble COURT OF APPEASE will Reverse the CONVICTION And Grant the APPellant A NEW TRIAL

Respectfully Submitted

*Willie Williams*

APPELLANT

See Attached Exhibit (A)



CAUSE NO. 114-1532-13-A

EX PARTE § IN THE 114ᵗʰ DISTRICT COURT

§ OF

WILLIE WILLIAMS § SMITH COUNTY, TEXAS

## MEMORANDUM

The defendant, WILLIE WILLIAMS, alleges that he received ineffective assistance of trial counsel and an involuntary guilty plea. To determine the merits of these claims, a hearing will be granted **by way of affidavit only** from the defendant's trial counsel, Hon. Brett Ratekin, addressing the defendant's claims of deficient conduct and an involuntary guilty plea.

## ORDER

1.  The defendant's First and Second Grounds for Relief are **DESIGNATED** for future resolution.

2.  A hearing will be held **by way of affidavit only** concerning the allegations of ineffective assistance of counsel and the involuntariness of his guilty plea in the defendant's application. This hearing will consist of an affidavit from the defendant's trial counsel, Hon. Brett Ratekin, relative to his representation of the defendant at trial.

3.  Mr. Ratekin shall submit an original and three copies of his affidavit to the post-conviction writ clerk by _June 1_____, 2015. The clerk shall then mail a copy of the affidavit to the defendant **and** forward a copy of the affidavit to the appellate section of the Smith County Criminal District Attorney's Office.

4.  The defendant is **NOT** to be brought back to the Smith County Jail for a hearing.

5. The clerk of the court is ordered to send a copy of this order to the defendant, Willie Williams, TDCJ-ID #1974288, Texas Department of Criminal Justice, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas 75241, and to send a copy of this order to the District Attorney's Office *and to Brent Ratekin*

SIGNED AND ENTERED this the 13th day of May, 2015.

_____
HONORABLE CHRISTI KENNEDY
Judge, 114th District Court
SMITH COUNTY, TEXAS

## CERTIFICATE OF SERVICE.

I WILLIE WILLIAMS DO HEARBY STATE UNDER OATH That A True And Correct COPY OF The Above And Attached MOTION was mailed ON the 3rd day of August 2015 to The Clerk of The Texas COURT OF CRIMINAL APPEALS At P.O. Box 12308 CAPITOL STATION IN AUSTIN TEXAS 78711

Respectfully submitted

Willie Williams
APPELLANT

(3)